UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **DENNIS KOZUBAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 2:21CV217 |
| | ) | (Formerly Newton Superior Court |
| **WAYNE SCHRINER and** | ) | Case No. 56D01-2106-CT-000617) |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1442(a)(1), defendant United States Postal Service removes to the United States District Court for the Northern District of Indiana, Hammond Division, the action now pending in Newton Superior Court as Case Number 56D01-2106-CT-000617 and states as follows:

1. On June 17, 2021, the United States Postal Service received by mail a summons and complaint in the referenced case. Pursuant to 28 U.S.C. § 1446(a), a copy of the summons and complaint are attached as Exhibit 1 to this Notice of Removal.

2. Pursuant to 28 U.S.C. § 1442(a)(1), defendant United States Postal Service may remove this case to this Court because the case was filed against the United States Postal Service, an agency of the United States.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed as the summons and complaint were "filed within thirty days after the receipt by defendant . . . of a copy of the initial pleading setting forth the claim for relief. . . ."

## CONCLUSION

For the foregoing reasons, defendant United States Postal Service removes to the United States District Court for the Northern District of Indiana, Hammond Division, the action now pending in Newton Superior Court as Case Number 56D01-2106-CT-000617.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

/s/ Wayne T. Ault
WAYNE T. AULT
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana  46320
Telephone:  219-937-5500
Telecopy:  219-852-2770
Internet Address:  Wayne.Ault@usdoj.gov

Counsel for Defendant United States Postal Service

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Removal was served by United States mail, postage prepaid, this 7th day of July 2021 on:

>Daniel C. Blaney
>Blaney & Walton
>Post Office Box 500
>Morocco, Indiana 47963
>
>Counsel for Plaintiff
>
>/s/ Wayne T. Ault
>WAYNE T. AULT
>Assistant United States Attorney