Filed: 6/9/2021 10:59 AM
Clerk
Newton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE NEWTON SUPERIOR COURT |
| | ) SS: | |
| | ) | 2021 TERM |
| DENNIS KOZUBAL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.: **56D01-2106-CT-000617** |
| | ) | |
| WAYNE SCHRINER and | ) | |
| U.S. POSTAL SERVICE, | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

Comes now, Dennis Kozubal, by his Attorneys Blaney and Walton, and states for his cause of action against the United States Postal Service, and against Wayne Schriner.

1. On June 25, 2020, on Lake Kenoyer Road in Newton County, Indiana, the Plaintiff, Dennis Kozubal, was driving his 2000 Ford F150 pick-up truck. The Defendant, Wayne Schriner, was driving his United States Postal vehicle, and the Plaintiff was driving his vehicle northbound on Lake Kenoyer Road. When he approached a slight turn, the Defendant's vehicle was driving in an erratic pattern. The Plaintiff pulled his vehicle to the right side of the road, and his vehicle was completely off the road, when the Defendant's vehicle struck the Plaintiff's vehicle.

2. The Plaintiff believes the Defendant's modifications to his U.S. Mail vehicle were improper and that the Defendant, Wayne Schriner, was unable to control said vehicle.

3. The Plaintiff suffered bodily injury. The Plaintiff lost personal property and had damage to his vehicle, his dog, and the contents of the vehicle.

4. The Defendant, Wayne Schriner, was driving his 2018 Subaru that was modified in a way he could drive on the right side of the vehicle.

WHEREFORE, The Plaintiff prays for judgement against the U.S. Postal Service, and Wayne Schriner, in the amount of Fifty-Thousand Dollars ($50,000.00) and for all just and proper relief.

Respectfully submitted,

Daniel C. Blaney, Atty No. 2772-98